USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
JACQUELINE N. LAWSON,                                              :
:
                    Plaintiff,                                  :
:       20-CV-4128 (JPC) (GWG)
        -v-                                                        :
:       NOTICE OF
COMMISSIONER OF SOCIAL SECURITY,                                   :       REASSIGNMENT
:
                    Defendant.                                  :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       This case has been reassigned to the undersigned.  Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.  Any conference or oral argument before the Magistrate Judge will proceed as ordered.  **All counsel must familiarize themselves with the Court's Individual Rules, including the Court's Individual Rules and Practices for** *Pro Se* **Litigants, which are available at https://www.nysd.uscourts.gov/hon-john-p-cronan**.

       The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff.

       SO ORDERED.

Dated: October 13, 2020
       New York, New York

                                                             _____
                                                                JOHN P. CRONAN
                                                          United States District Judge